Delta Air Lines Inc. v. U.S. Department of Transportation Open Skies Mandatory HANEDA